UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
WALKER, BARBARA J. § Case No. 12-08825
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Jeffrey P. Allsteadt
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL 60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 02/26/2015 in Courtroom 742,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____       By: Jeffrey P. Allsteadt_____
                                         Clerk of The United States Bankruptcy
                                         Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
WALKER, BARBARA J.                    §       Case No. 12-08825
                                      §
           Debtor(s)                  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 12,000.00 |
| and approved disbursements of | $ 246.66 |
| leaving a balance on hand of[1] | $ 11,753.34 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 1,950.00 | $ 0.00 | $ 1,950.00 |
| Trustee Expenses: Phillip D. Levey | $ 54.33 | $ 0.00 | $ 54.33 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 1,395.00 | $ 0.00 | $ 1,395.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 3,399.33 |
| Remaining Balance | $ 8,354.01 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,278.32 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 43.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for TD Bank, USA | $ 1,313.21 | $ 0.00 | $ 569.06 |
| 000002 | CERASTES, LLC | $ 809.05 | $ 0.00 | $ 350.59 |
| 000003 | CERASTES, LLC | $ 1,834.00 | $ 0.00 | $ 794.74 |
| 000004 | American InfoSource LP as agent for | $ 1,401.32 | $ 0.00 | $ 607.24 |
| 000005 | US BANK N.A. as Servicer | $ 1,135.62 | $ 0.00 | $ 492.11 |
| 000006 | Capital One Bank (USA), N.A. | $ 818.48 | $ 0.00 | $ 354.68 |
| 000007 | Quantum3 Group LLC as agent for | $ 329.39 | $ 0.00 | $ 142.74 |
| 000008 | Credit Union 1 | $ 1,317.80 | $ 0.00 | $ 571.05 |
| 000009 | Capital Recovery V, LLC | $ 3,112.40 | $ 0.00 | $ 1,348.72 |
| 000010 | Capital Recovery V, LLC | $ 2,929.43 | $ 0.00 | $ 1,269.43 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Capital Recovery V, LLC | $ 1,594.78 | $ 0.00 | $ 691.08 |
| 000012 | MERRICK BANK | $ 2,348.04 | $ 0.00 | $ 1,017.49 |
| 000013 | Bureaus Investment Group Portfolio No 15 LLC | $ 334.80 | $ 0.00 | $ 145.08 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 8,354.01 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-08825-CAD
Barbara J. Walker                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: acox              Page 1 of 2              Date Rcvd: Feb 03, 2015
                              Form ID: pdf006         Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2015.
```
db            +Barbara J. Walker,    17636 Sycamore Ave.,    Country Club Hills, IL 60478-4886
18582316     ++BONDED COLLECTION CORPORATION,    PO BOX 2248,    NORCROSS GA 30091-2248
              (address filed with court: Bonded Collection Corp.,    29 E. Madison Street,    Suite 1650,
                Chicago, IL 60602)
18582315      +Bally Total Fitness,    12440 E. Imperial Suite 3,    Norwalk, CA 90650-3178
18582317       Capital One,   Attn: Bankruptcy Department,    PO Box 85167,    Richmond, VA 23285-5167
19935424       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
18582318       Carson Pirie Scott,    Retail Services,    PO Box 17264,    Baltimore, MD 21297-1264
18582319       Chase,   Customer Service,    PO BOX 15299,    Wilmington, DE 19850-5299
18582321       HSBC Bank,    12447 SW 69th Ave.,    Attn: Dispute Processing,    Tigard, OR 972238517
18582323       Juniper,   Card Services,    PO BOX 13337,    Philadephia, AP 19101-3337
18582324      +Juniper / Barclay’s Bank,    PO Box 8802,    Wilmington, DE 19899-8802
18582325      +Lane Bryant,    WFNNB,   PO BOX 182789,    COLUMBUS, OH 43218-2789
18582327      +Orchard Bank,    HSBC Card Services,    P.O. Box 80084,    Salinas, CA 93912-0084
18582329       T-Mobile,    Customer Relations,    PO BOX 37380,    Albuquerque, NM 87176-7380
18582332     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,    PO Box 8026,
                Cedar Rapids, IA 52408-8026)
18582330       Target National Bank,    C/O Target Credit Services,    PO Box 673,    Minneapolis, MN 55440-0673
18582331      +Toyota Financial Savings Bank,    2485 Village View Drive, Suite 200,    Henderson, NV 89074-7133,
                Attn: Bankruptcy Dept.
18582333       Tribute,   Correspondence,    PO Box 105555,    Atlanta, GA 30348-5555
19932322       US BANK N.A. as Servicer,    for TOYOTA FINANCIAL SERVICES,    BANKRUPTCY DEPARTMENT,
                P.O. BOX 5229,    CINCINNATI, OH 45201-5229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19874268       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 04 2015 02:51:40
                American InfoSource LP as agent for,    Target,    PO Box 248866,
                Oklahoma City, OK 73124-8866
19903266       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 04 2015 02:51:40
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK 73126-8941
20320085       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 04 2015 02:51:50
                American InfoSource LP as agent for TD Bank, USA,    PO Box 248866,
                Oklahoma City, OK 73124-8866
20226681       E-mail/PDF: rmscedi@recoverycorp.com Feb 04 2015 02:45:36
                Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
19887983      +E-mail/Text: bncmail@w-legal.com Feb 04 2015 02:39:08    CERASTES, LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
20356814       E-mail/PDF: rmscedi@recoverycorp.com Feb 04 2015 02:45:18    Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,
                Miami, FL 33131-1605
19993244      +E-mail/Text: group_legal@creditunion1.org Feb 04 2015 02:40:05    Credit Union 1,
                450 E. 22nd Street, Suite 250,    Lombard, IL 60148-6176
18582320       E-mail/Text: group_legal@creditunion1.org Feb 04 2015 02:40:05    Credit Union One,
                PO Box 100,    Rantoul, IL 61866-0100
20039092       E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2015 02:45:35    GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18582322      +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2015 02:44:52    JC Penny,    GE Money Bank,
                Attn. Bankruptcy Dept,    PO Box 103104,    Roswell, GA 30076-9104
20132016       E-mail/Text: bkr@cardworks.com Feb 04 2015 02:37:56    MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
18582326      +E-mail/Text: bkr@cardworks.com Feb 04 2015 02:37:56    Merrick Bank,    PO BOX 9201,
                Old Bethpage, NY 11804-9001
19944021       E-mail/Text: bnc-quantum@quantum3group.com Feb 04 2015 02:38:44
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
20356815       E-mail/PDF: rmscedi@recoverycorp.com Feb 04 2015 02:45:18
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
18582328      +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2015 02:45:15    Sams Club/GE Money Bank,
                PO Box 981064,    El Paso, TX 79998-1064
18582334      +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2015 02:45:35    Walmart,    GE Money Bank,
                Attn: Bankruptcy Dept.,    PO BOX 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: acox                 Page 2 of 2                   Date Rcvd: Feb 03, 2015
                              Form ID: pdf006            Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2015 at the address(es) listed below:
              Claudia  Badillo    on behalf of Debtor Barbara J. Walker claudia@schottlerlaw.com
              Mark R Schottler    on behalf of Debtor Barbara J. Walker mark@schottlerlaw.com,
               schottlerassociates@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey, ESQ    on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com,
               plevey@ecf.epiqsystems.com
              Phillip D Levey, ESQ    levey47@hotmail.com,  plevey@ecf.epiqsystems.com
                                                                                             TOTAL: 5
```