UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
WALKER, BARBARA J.                  §    Case No. 12-08825
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on           . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/Phillip D. Levey_____
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Toyota Financial Services PO Box 8026 Cedar Rapids, IA 52408-8026 |  |  |  |  |  |
|  | Toyota Financial Services PO Box 8026 Cedar Rapids, IA 52408-8026 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | | | | | |
| LEVEY, PHILLLIP D. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bally Total Fitness 12440 E. Imperial Suite 3 Norwalk, CA 90650 | | | | | |
| | Bonded Collection Corp. 29 E. Madison Street Suite 1650 Chicago, IL 60602 | | | | | |
| | Capital One Attn: Bankruptcy Department PO Box 85167 Richmond, VA 23285-5167 | | | | | |
| | Capital One Attn: Bankruptcy Department PO Box 85167 Richmond, VA 23285-5167 | | | | | |
| | Carson Pirie Scott Retail Services PO Box 17264 Baltimore, MD 21297-1264 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Customer Service PO BOX 15299 Wilmington, DE 19850-5299 | | | | | |
| | Chase Customer Service PO BOX 15299 Wilmington, DE 19850-5299 | | | | | |
| | Credit Union One PO Box 100 Rantoul, IL 61866-0100 | | | | | |
| | HSBC Bank 12447 SW 69th Ave. Attn: Dispute Processing Tigard, OR 972238517 | | | | | |
| | JC Penny GE Money Bank Attn. Bankruptcy Dept PO Box 103104 Roswell, GA 30076 | | | | | |
| | Juniper / Barclay's Bank PO Box 8802 Wilmington, DE 19889-8802 | | | | | |
| | Juniper Card Services PO BOX 13337 Philadephia, AP 19101-3337 | | | | | |
| | Lane Bryant WFNNB PO BOX 182789 COLUMBUS, OH 43218 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merrick Bank PO BOX 9201 Old Bethpage, NY 11804 | | | | | |
| | Orchard Bank HSBC Card Services P.O. Box 80084 Salinas, CA 93912 | | | | | |
| | Sams Club/GE Money Bank PO Box 981064 El Paso, TX 79998 | | | | | |
| | T-Mobile Customer Relations PO BOX 37380 Albuquerque, NM 87176-7380 | | | | | |
| | Target National Bank C/O Target Credit Services PO Box 673 Minneapolis, MN 55440-0673 | | | | | |
| | Toyota Financial Savings Bank 2485 Village View Drive, Suite 200 Henderson, NV 89704 Attn: Bankruptcy Dept. | | | | | |
| | Tribute Correspondence PO Box 105555 Atlanta, GA 30348-5555 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Walmart GE Money Bank Attn: Bankruptcy Dept. PO BOX 103104 Roswell, GA 30076 | | | | | |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000006 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000009 | CAPITAL RECOVERY V, LLC | | | | | |
| 000010 | CAPITAL RECOVERY V, LLC | | | | | |
| 000011 | CAPITAL RECOVERY V, LLC | | | | | |
| 000012 | MERRICK BANK | | | | | |
| 000007 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000005 | US BANK N.A. AS SERVICER | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | BUREAUS INVESTMENT GROUP PORTFOLIO | | | | | |
| 000002 | CERASTES, LLC | | | | | |
| 000003 | CERASTES, LLC | | | | | |
| 000008 | CREDIT UNION 1 | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-08825 | CAD | Judge: CAROL A. DOYLE | | Trustee Name: | Phillip D. Levey |
| Case Name: | WALKER, BARBARA J. | | | | Date Filed (f) or Converted (c): | 03/06/12 (f) |
| | | | | | 341(a) Meeting Date: | 04/27/12 |
| For Period Ending: | 01/05/15 | | | | Claims Bar Date: | 03/28/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Chase Checking | 8.00 | 0.00 | | 0.00 | FA |
| 2. 5/3 Checking | 150.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. Chase Checking #2 - Joint | 11.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. PNC Checking | 0.00 | 0.00 | | 0.00 | FA |
| 5. Ordinary furniture, appliances, electronics, etc. | 850.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. Ordinary clothing | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. Jewelry & Fur | 800.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. Potential Inheritance | 2,500.00 | 0.00 | | 0.00 | FA |
| Per debtor's attorney, debtor will not receive any inheritance. | | | | | |
| 9. 2010 Toyota Camry | 17,500.00 | 0.00 | | 0.00 | FA |
| 10. 2008 Toyota FJ Cruiser | 21,000.00 | 12,000.00 | | 12,000.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. 1996 Chevrolet Van (Joint) | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $44,319.00 $12,000.00 $12,000.00 $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1 Ver: 18.03a
**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-08825   CAD   Judge: CAROL A. DOYLE | Trustee Name:   Phillip D. Levey |
| Case Name: | WALKER, BARBARA J. | Date Filed (f) or Converted (c):   03/06/12 (f) |
| | | 341(a) Meeting Date:   04/27/12 |
| | | Claims Bar Date:   03/28/13 |

Collecting installment payments on sale of SUV to debtor. Last installment due in March, 2015.

Initial Projected Date of Final Report (TFR): 03/31/15     Current Projected Date of Final Report (TFR): 03/31/15

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-08825 -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | WALKER, BARBARA J. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3091 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6395 | | | |
| For Period Ending: | 06/09/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/06/13 | 10 | Barbara Walker | Installment Payment-Car Sale | 1129-000 | 1,000.00 | | 1,000.00 |
| 02/06/13 | 10 | Barbara Walker | Installment Payment-Car Sale | 1129-000 | 250.00 | | 1,250.00 |
| 02/06/13 | 10 | Barbara Walker | Installment Payment-Car Sale | 1129-000 | 250.00 | | 1,500.00 |
| 02/06/13 | 10 | Barbara Walker | Installment Payment-Car Sale | 1129-000 | 500.00 | | 2,000.00 |
| 03/07/13 | 010001 | International Sureties, Ltd. 701 Poydras St. New Orleans, LA 70139 | Trustee's Bond Blanket Bond Premium for 2/1/13 to 2/1/14. | 2300-000 | | 1.69 | 1,998.31 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,988.31 |
| 03/21/13 | 10 | Barbara J. Walker | Installment payment re sale of car | 1129-000 | 250.00 | | 2,238.31 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,228.31 |
| 04/28/13 | 10 | Walker, Barbara J. | Installment on Auto Sale | 1129-000 | 250.00 | | 2,478.31 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,468.31 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,458.31 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,448.31 |
| 08/06/13 | 10 | Barbara Walker | Installment Payment-Car Sale | 1129-000 | 250.00 | | 2,698.31 |
| 08/06/13 | 10 | Barbara Walker | Installment Payment-CAr Sale | 1129-000 | 250.00 | | 2,948.31 |
| 08/06/13 | 10 | Barbara Walker | Installment Payment-Car Sale | 1129-000 | 500.00 | | 3,448.31 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,438.31 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,428.31 |
| 09/13/13 | 10 | Barbara J. Walker | Installment Payment-Car Sale | 1129-000 | 500.00 | | 3,928.31 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,918.31 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,908.31 |
| 12/05/13 | 10 | Barbara Walker | Installment Payment - SUV | 1129-000 | 500.00 | | 4,408.31 |
| 12/05/13 | 10 | Barbara Walker | Installment Payment - SUV | 1129-000 | 500.00 | | 4,908.31 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,898.31 |
| 12/10/13 | 10 | Barbara Walker | Installment-Auto Sale | 1129-000 | 500.00 | | 5,398.31 |
| 01/06/14 | 10 | Barbara Walker | Installment Payment - SUV | 1129-000 | 500.00 | | 5,898.31 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,888.31 |

Page Subtotals        6,000.00        111.69

Ver: 18.04c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-08825 -CAD | Trustee Name: | Phillip D. Levey |
| Case Name: | WALKER, BARBARA J. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******3091 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6395 | | |
| For Period Ending: | 06/09/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,878.31 |
| 02/26/14 | 10 | Barbara J. Walker | Installment Payment-SUV | 1129-000 | 500.00 | | 6,378.31 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,368.31 |
| 03/16/14 | 10 | Barbara J. Walker | Installment Payment-SUV | 1129-000 | 500.00 | | 6,868.31 |
| 04/01/14 | 010002 | International Sureties, Ltd. | TRUSTEE'S BOND | 2300-000 | | 1.66 | 6,866.65 |
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,856.65 |
| 04/30/14 | 10 | Barbara J. Walker | Sale of SUV-Installment Payment | 1129-000 | 500.00 | | 7,356.65 |
| 04/30/14 | 10 | Barbara J. Walker | Sale of SUV-Installment Payment | 1129-000 | 500.00 | | 7,856.65 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,846.65 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.67 | 7,834.98 |
| 06/18/14 | 10 | Barbara J. Walker | Installment )Payment - SUV | 1129-000 | 500.00 | | 8,334.98 |
| 07/06/14 | 10 | Barbara J. Walker | Installment Payment - SUV | 1129-000 | 500.00 | | 8,834.98 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.58 | 8,823.40 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.97 | 8,810.43 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.10 | 8,797.33 |
| 09/09/14 | 10 | Barbara J. Walker | Sale of SUV-Installment Payment | 1129-000 | 500.00 | | 9,297.33 |
| 09/09/14 | 10 | Barbara J. Walker | Sale of SUV-Installment Payment | 1129-000 | 500.00 | | 9,797.33 |
| 10/01/14 | 10 | Barbara J. Walker | SUV Installment Payment | 1129-000 | 500.00 | | 10,297.33 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.66 | 10,283.67 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.29 | 10,268.38 |
| 11/18/14 | 10 | Barbara J. Walker | SUV-Installment Payment | 1129-000 | 500.00 | | 10,768.38 |
| 11/30/14 | 10 | Barbara J. Walker | Sale of SUV-Installment Payment | 1129-000 | 500.00 | | 11,268.38 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.04 | 11,253.34 |
| 01/05/15 | 10 | Barbara J. Walker | Sale of SUV-Installment Payment | 1129-000 | 500.00 | | 11,753.34 |
| 03/01/15 | 010003 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,395.00 | 10,358.34 |
| 03/01/15 | 010004 | Phillip D. Levey | Trustee Compensation | 2100-000 | | 1,950.00 | 8,408.34 |
| 03/01/15 | 010005 | Philllip D. Levey | Trustee Expenses | 2200-000 | | 54.33 | 8,354.01 |

Page Subtotals       6,000.00       3,534.30

Ver: 18.04c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-08825 -CAD | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | WALKER, BARBARA J. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******3091 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6395 | | |
| For Period Ending: | 06/09/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/01/15 | 010006 | American InfoSource LP as agent for TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000001, Payment 43.33351% | 7100-900 | | 569.06 | 7,784.95 |
| 03/01/15 | 010007 | CERASTES, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000002, Payment 43.33354% | 7100-900 | | 350.59 | 7,434.36 |
| 03/01/15 | 010008 | CERASTES, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000003, Payment 43.33370% | 7100-900 | | 794.74 | 6,639.62 |
| 03/01/15 | 010009 | American InfoSource LP as agent for Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Claim 000004, Payment 43.33343% | 7100-000 | | 607.24 | 6,032.38 |
| 03/01/15 | 010010 | US BANK N.A. as Servicer<br>for TOYOTA FINANCIAL SERVICES<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Claim 000005, Payment 43.33404%<br>(5-1) cc4009 | 7100-000 | | 492.11 | 5,540.27 |
| 03/01/15 | 010011 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000006, Payment 43.33398% | 7100-000 | | 354.68 | 5,185.59 |
| 03/01/15 | 010012 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000007, Payment 43.33465%<br>(7-1) Unsecured Debt | 7100-000 | | 142.74 | 5,042.85 |
| 03/01/15 | 010013 | Credit Union 1<br>450 E. 22nd Street, Suite 250<br>Lombard, IL 60148 | Claim 000008, Payment 43.33359% | 7100-900 | | 571.05 | 4,471.80 |

Page Subtotals 0.00 3,882.21

Ver: 18.04c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-08825 -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | WALKER, BARBARA J. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3091 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6395 | | | |
| For Period Ending: | 06/09/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/01/15 | 010014 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Claim 000009, Payment 43.33376%<br>(9-1) SAM'S CLUB or GEMB | 7100-000 | | 1,348.72 | 3,123.08 |
| 03/01/15 | 010015 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Claim 000010, Payment 43.33369%<br>(10-1) WALMART or GEMB | 7100-000 | | 1,269.43 | 1,853.65 |
| 03/01/15 | 010016 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Claim 000011, Payment 43.33388%<br>(11-1) JCPENNEY CREDIT SERVICES or GEMB | 7100-000 | | 691.08 | 1,162.57 |
| 03/01/15 | 010017 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Claim 000012, Payment 43.33359% | 7100-000 | | 1,017.49 | 145.08 |
| 03/01/15 | 010018 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000013, Payment 43.33333%<br>(13-1) HSBC RETAIL CARD SERVICES, INC. | 7100-900 | | 145.08 | 0.00 |

Page Subtotals 0.00 4,471.80

Ver: 18.04c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Page: 5

Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-08825 -CAD | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | WALKER, BARBARA J. | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******3091 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6395 |  |  |
| For Period Ending: | 06/09/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | COLUMN TOTALS | | 12,000.00 | 12,000.00 | 0.00 |
|  | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
|  | Subtotal | | 12,000.00 | 12,000.00 | |
|  | Less: Payments to Debtors | | | 0.00 | |
|  | Net | | 12,000.00 | 12,000.00 | |
|  | | | NET | NET | ACCOUNT |
|  | TOTAL - ALL ACCOUNTS | | DEPOSITS | DISBURSEMENTS | BALANCE |
|  | Checking Account (Non-Interest Earn - *******3091 | | 12,000.00 | 12,000.00 | 0.00 |
|  | | | ---------------------- | ---------------------- | ---------------------- |
|  | | | 12,000.00 | 12,000.00 | 0.00 |
|  | | | ============= | ============= | ============= |
|  | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 18.04c